IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION


JAKE AYERS, JR.; BENNIE G. THOMPSON;
VIRGINIA HILL; B. LEON JOHNSON; PAMELA
GIPSON, INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED; ET AL.,
                                    Plaintiffs


UNITED STATES OF AMERICA,
                            Plaintiff/Intervenor


V.                                                      NO. 4:75CV009-B-O


HALEY BARBOUR, GOVERNOR, STATE OF
MISSISSIPPI, BOARD OF TRUSTEES OF
STATE INSTITUTIONS OF HIGHER LEARNING,
ET AL.,
                            Defendants


## ORDER DENYING MOTION TO APPOINT MONITOR

Came on to be considered this day the letter motion dated September 25, 2006, by Mr. Ivory

Phillips, a member of the plaintiff class herein, moving the court that this case be reopened, that the

court order an evidentiary hearing to ascertain if the settlement agreement herein is being complied

with, and that Mr. Phillips and other members of the class unnamed by him be appointed by the court

as monitors to oversee the settlement agreement.   After considering the motion and giving it all

benefits of a pro se motion, the court denies the motion.   The settlement agreement in this case,

agreed to by the defendant State of Mississippi, the plaintiffs represented by the United States

Department of Justice, and several private attorneys representing private plaintiff members of the

class, and approved by the court, provides for no monitors to monitor the settlement agreement.   The

court is of the opinion that a re-opening of this case because of dissatisfaction with the implementation of the settlement agreement, previously agreed to by all parties, would have to be done by the State of Mississippi, the United States Department of Justice, or a showing by private plaintiffs specifically pleaded by particulars of a substantial departure or refusal to carry out the agreement as agreed to by the parties and approved by the court.   Therefore, the motion must be and is hereby **DENIED**.

       **ORDERED AND ADJUDGED** this, the 27th  day of February, 2007.

                            /s/ Neal Biggers

                         _____
                         **NEAL B. BIGGERS, JR.**
                         **SENIOR U. S. DISTRICT JUDGE**